NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

WALTER VEGA, DOC #T19345,          )
                                   )
            Appellant,             )
                                   )
v.                                 )          Case No. 2D17-1260
                                   )
STATE OF FLORIDA,                  )
                                   )
            Appellee.              )
_____)

Opinion filed February 7, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Lee
County; Joseph C. Fuller, Jr., Judge.

Walter Vega, pro se.

PER CURIAM.


            Affirmed.


VILLANTI, KHOUZAM, and BADALAMENTI, JJ., Concur.